# Third District Court of Appeal

## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0125
Lower Tribunal No. 17-101-M
_____

## Unknown Trustee of The Ledon Family Irrevocable Gift Trust Agreement, etc.,
Appellant,

vs.

## Mortgageit Mortgage Loan Trust, etc.,
Appellee.

An Appeal from the Circuit Court for Monroe County, James M. Barton, II, Senior Judge.

David J. Winker, P.A., and David J. Winker, for appellant.

DeLuca Law Group, PLLC, and Shawn Taylor (Fort Lauderdale), for appellee.

Before EMAS, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Fed. Nat'l Mortg. Ass'n v. Trinidad</u>, 358 So. 3d 754, 759 (Fla. 4th DCA 2023) (explaining that a plaintiff may establish the requirements under section 673.3091(1), Florida Statutes, for reestablishing a lost note "by affidavit or by testimony"); <u>see also</u> <u>Deakter v. Menendez</u>, 830 So. 2d 124, 127 (Fla. 3d DCA 2002) ("There is no requirement that [a plaintiff] prove exactly *how* [it] lost possession of the note . . . .").